

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2017

No. 04-16-00841-CV

**IN THE INTEREST OF J.K.L., A CHILD**,

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-485 CCL
Honorable Cathy Morris, Judge Presiding

## O R D E R

This is an accelerated appeal. Although the reporter's record was due on January 13, 2017, no reporter's record has been filed. *See* TEX. R. APP. P. 35.1(b) (requiring the reporter's record in an accelerated appeal to be filed within 10 days after the notice of appeal is filed). On February 1, 2017, this Court ordered court reporter Lisa Greenwalt to file the reporter's record on or before February 13, 2017. Ms. Greenwalt has failed to file the reporter's record or file a notice of late record explaining the delay.

We, therefore, ORDER Lisa Greenwalt to file the reporter's record on or before February 23, 2017. If the reporter's record is not received by such date, an order may be issued directing Lisa Greenwalt to appear and show cause why she should not be held in contempt for failing to file the record. No motions for extension of time will be granted absent extenuating circumstances. *See id.* 35.3(c).

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2017.

Keith E. Hottle
Clerk of Court